THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIE RICHARDSON, Appellant.—

Christ, P. J., Hopkins, Munder, Latham and Brennan, JJ., concur.